United States v. Tarun Makkar          06 - 279 - M - 01

## STATEMENT OF FACTS

On Wednesday, June 14, 2006, Detective Timothy Palchak, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the Metropolitan Police Department's Youth Investigations Branch in Northeast Washington, D.C. On June 14, 2006, an individual using the screen name initiated contact with Detective Palchak, who was using an undercover screen name. Detective Palchak identified himself as a thirteen-year-old female residing in the District of Columbia. The defendant, identified himself as being twenty-nine years of age and residing in Rockville, Maryland.

The defendant initiated a conversation in a private Yahoo chatroom that started at 7:49 p.m. and ended at 9:03 p.m. During the course of the conversation, the defendant asked the undercover whether she ever had sex before and whether she had small       . Further, the defendant stated that he was disease free and that she did not have to worry about getting pregnant because he had condoms at his house. The defendant forwarded a photograph of himself via the internet.

On June 14, 2006, the defendant made arrangements to meet the individual who claimed to be a 13 year old female in front of                          in the District of Columbia. The defendant said he would be driving a gray Toyota Corolla and wearing blue jeans and a black T shirt. On Wednesday, June 14, 2006 at approximately 9:45 p.m., the defendant was observed in front on                  N.E., in a gray Toyota Corolla. The defendant was stopped by Metropolitan Police officers and arrested without incident. The defendant was wearing blue jeans and a black shirt. His appearance was the same as the individual depicted in the photograph sent via the internet to the undercover from

After his arrest, the defendant waived his Miranda rights and provided a video taped statement in which he admitted traveling from Gaithersburg, Maryland to Washington, D.C. for the purpose of engaging in sexual activity with the individual whom he believed to be a minor child.

X _____
Detective Timothy Palchak
Metropolitan Police Department

Subscribed and sworn to before me this  JUN 1 5 2006  day of June, 2006

_____
U.S. Magistrate

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE