UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL CASE NO. **06-231** |
| : | Mag 06-279 |
| v. : | VIOLATION: 18 U.S.C. § 2423(b) |
| : | (Travel with Intent to Engage |
| TARUN MAKKAR, : | in Illicit Sexual Conduct) |
| : | |
| Defendant. : | |
| : | |

LEON, J. RJL

INFORMATION

The United States Attorney informs the Court that:

JUL 31 2006

On or about June 14, 2006, in the District of Columbia, the defendant, Tarun Makkar knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C.§2246(2), specifically, contact between the penis and the vulva, with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b))**

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: *Debra L. Long-Doyle*
DEBRA L. LONG-DOYLE
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4828
Washington, DC 20530
(202) 305-0634