AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

SEP 2 0 2006

# United States District Court
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| TARUN MAKKAR | |
| | CASE NUMBER: 06-231 (RJL) |

I, __TARUN MAKKAR__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/19/06__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____Tar_____
Defendant

_____
Counsel for Defendant

Before __Richard [signature]__