**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 06-231(RJL)** |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage |
| **TARUN MAKKAR,** | : | in Illicit Sexual Conduct) |
| Defendant. | : | |

### STATEMENT OF OFFENSE IN SUPPORT OF A GUILTY PLEA

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Statement of Offense in Support of a Guilty Plea.

I.    The defendant has agreed to plead guilty to a One-Count Information charging him with Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b). The essential elements of this offense are:

A.    That on or about June 14, 2006, the defendant traveled across state lines, that is from the state of Maryland to the District of Columbia;

B.    That the defendant did so with the intent to engage in a sexual act with a minor, that is a person under the age of 18 years old; and

C.    That the sexual act the defendant intended to engage in with the minor was contact between the penis and the vulva.

II.    If the case against defendant TARUN MAKKAR had gone to trial, the government's evidence would have shown beyond a reasonable doubt as follows:

On or about Wednesday, June 14, 2006, the defendant initiated a conversation in a private Yahoo computer chat room using the screen name "looking25soulmate". The person with whom



he was communicating on line used the screen name "daddysgrldc." The conversation started at approximately 7:49 p.m. and ended at approximately 9:03 p.m. The defendant identified himself as a twenty-nine year old male who resided in Rockville, Maryland and "daddysgrldc" identified "herself" as a 13 year old girl who lived in the District of Columbia. In actuality, "daddysgrldc" was a detective with the Metropolitan Police Department's Youth Investigations Branch, who was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force.

During the course of the conversation the defendant asked "daddysgrldc" if she ever had sex before and asked if she had small "tits". Further, the defendant stated that he was disease free and drug free and that "daddysgrldc" did not have to worry about getting pregnant because he had condoms at his house. In addition, the defendant and "daddysgrldc" exchanged photographs of themselves. Detective Palchak sent the defendant a picture of a young girl, purporting to be "daddysgrldc", while the defendant sent an actual photograph of himself. After chatting on line for some time, the defendant made arrangements to meet "daddysgrldc" in front of 1317 Adams Street, Northeast, Washington, DC in order to take her back to his hotel room in Maryland and have sex with her. The defendant told "daddysgrldc" that he would be driving a grey Toyota Corolla and wearing blue jeans and a black t-shirt.

The defendant was observed in front of 1317 Adams Street Northeast, Washington, DC in a Grey Toyota Corolla and dressed in the clothing he had described. He was greeted by Detective Palchak who placed him under arrest. The defendant subsequently waived his <u>Miranda</u> rights and provided the detective with a video taped statement in which he admitted to traveling from Gaithersburg, Maryland to Washington, DC for the purpose of having sex with "daddysgrldc" whom

he believed to be a 13 year old girl.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to this offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b).

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                UNITED STATES ATTORNEY
                                                D.C. Bar Number: 451058

By:   /s/ Debra L. Long-Doyle
                                                DEBRA L. LONG-DOYLE
                                                D.C. Bar No. 362518
                                                Federal Major Crimes Section
                                                555 4th Street, N.W., 4th Floor
                                                Washington, D.C. 20530
                                                (202) 305-0634
                                                Debra.Long-Doyle@USDOJ.Gov

### DEFENDANT TARUN MAKKAR'S ACKNOWLEDGMENT

       I have read this factual proffer and have discussed it with my attorney, Danielle Jahn, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date:   9/19/06                                   /s/ Tarun
                                                      Tarun Makkar
                                                      Defendant

## ATTORNEY'S ACKNOWLEDGMENT

      I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 9/19/06

Habib Ilahi, Esquire
Attorney for Tarun Makkar