## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **Criminal Case No. 06-231** |
| v. | ) ) | **The Honorable Richard J. Leon** |
| **TARUN MAKKAR,** | ) ) |  |
| Defendant. | ) ) |  |

### UNOPPOSED MOTION TO RESET SENTENCING HEARING DATE

Defendant Tarun Makkar, by and through undersigned counsel, respectfully submits this motion to continue the sentencing hearing date in this matter. The Government does not oppose this request. Defendant Makkar requests that the sentencing hearing originally set for March 15, 2007 be reset to an earlier date in December 2006. As grounds for the request, the Defendant states as follows:

On September 19, Mr. Makkar pleaded guilty and requested a sentencing date of March 15, 2007, primarily to allow counsel to travel to India to gather material to assist the court in sentencing Mr. Makkar. In the interim on September 25, 2006, Mr. Makkar was moved to solitary confinement in the District of Columbia Correctional Treatment Facility ("CTF") due to concerns for his safety after inmates learned that he pleaded guilty. Mr. Makkar is now forced to spend 23 hours a day in isolation and is requesting an earlier sentencing date so that he can be assigned to a less restrictive detention facility run by the Bureau of Prisons.

Counsel conferred with Assistant United States Attorney Debra Long-Doyle of the Government on September 28, 2006, and she indicated that the Government does not oppose resetting the sentencing hearing for an earlier date in December 2006. The Government is able to proceed after December 11, 2006, but not on December 18th, 19th, or 22nd. Counsel has also

conferred with Sheri McCoy, Supervisory Probation Officer, who indicated that the United States Probation office would need approximately 70 days to complete a Presentence Investigation Report. Thus, we respectfully submit that it would be possible to schedule the matter for sentencing in late December of 2006.

WHEREFORE, for the foregoing reasons, Mr. Makkar respectfully requests that the court grant the relief requested and reschedule his sentencing hearing date to an earlier date in December of 2006.

> Respectfully submitted,
>
> **SCHERTLER & ONORATO, L.L.P.**
>
> _____/s/_____
> Habib F. Ilahi (DC #496439)
> Danny C. Onorato (DC #480043)
> 601 Pennsylvania Avenue, N.W.
> North Building, 9th Floor
> Washington, D.C. 20004
> Ph: (202) 628-4199
> Fax: (202) 628-4177
>
> *Counsel for Defendant Tarun Makkar*

Dated: September 29, 2006

2