UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case No. 06-231** |
| v. ) | |
| ) | **The Honorable Richard J. Leon** |
| **TARUN MAKKAR,** ) | |
| ) | |
| Defendant. ) | |

**ORDER RESETTING SENTENCING HEARING DATE**

Upon consideration of Tarun Makkar's Unopposed Motion to Reset Sentencing Hearing Date, it is this _____ day of October, 2006, hereby

**ORDERED** that Defendant's Motion is **GRANTED,** and it is,

**FURTHER ORDERED** that the Clerk of the Court reset the sentencing hearing in the above-captioned case to a date in December 2006 suitable to this court, and it is,

**SO ORDERED**.

_____
Richard J. Leon
United States District Judge