UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 06-231 |
| | ) | |
| v. | ) | Sentencing Date: December 12, 2006 |
| | ) | |
| **TARUN MAKKAR,** | ) | The Honorable Richard J. Leon |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM ON DECEMBER 5, 2006

Defendant Tarun Makkar, by and through undersigned counsel, respectfully files this Motion for Leave to File his Sentencing Memorandum on December 5, 2006. On November 2, 2006, the Court reset Mr. Makkar's sentencing date to December 12, 2006, but did not reset the December 1, 2006 due date for the Sentencing Memoranda.

Counsel for Mr. Makkar has not been able to reach Assistant United States Attorney Debra Long-Doyle as she has been on leave for some time prior to the filing of this motion and will remain on leave until after the December 1, 2006 due date. Mr. Makkar does not believe that any prejudice will result to any party as a result of the extension of the filing deadline.

Date: November 30, 2006                             Respectfully submitted,

                                                    **SCHERTLER & ONORATO, LLP**

                                                    _____/s/_____
                                                    Danny C. Onorato (DC Bar # 480043)
                                                    Habib F. Ilahi (DC Bar # 496439)
                                                    601 Pennsylvania Avenue, N.W.
                                                    North Building, 9th Floor
                                                    Washington, D.C. 20004-2601
                                                    Telephone: (202) 628-4199
                                                    Facsimile: (202) 628-4177

                                                    *Counsel for Defendant Tarun Makkar*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion For Leave To File Sentencing Memorandum on December 5, 2006 was served, via facsimile this 30th day of November 2006, upon the following:

Monica Johnson
United States Probation Officer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Facsimile: (202) 273-0242

                                                       /s/
                                        Habib F. Ilahi