UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 06-231 |
| | ) | |
| v. | ) | Sentencing Date: December 12, 2006 |
| | ) | |
| **TARUN MAKKAR,** | ) | The Honorable Richard J. Leon |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### ORDER

Upon consideration of Defendant's Motion For Leave To File Sentencing Memorandum on December 5, 2006, it is this ___ day of _____, 2006, hereby

**ORDERED** that Defendant's Motion is **GRANTED**. The parties shall be given until December 5, 2006 to file their respective Sentencing Memoranda in the above-referenced matter.

**SO ORDERED**

_____
The Honorable Richard J. Leon
United States District Judge