UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 06-231(RJL)** |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage |
| **TARUN MAKKAR,** | : | in Illicit Sexual Conduct) |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE
## IT'S MEMORANDUM IN AID OF SENTENCING, HAVING EXPIRED

The United States of America, by and through its' counsel, the United States Attorney for the District of Columbia, respectfully requests, leave to late file its' Memorandum in Aid of Sentencing, Time having expired, As reasons therefore, the government states the following:

The government's Memorandum was initially due on December 1, 2006. At that time the sentencing was scheduled for December 8, 2006. When the sentencing was continued to December 12, 2006, government counsel mistakenly assumed that the memorandum had to filed one week before the sentencing. Defendant and his counsel should suffer little, if any prejudice by this late filing and do not oppose this request.

Wherefore, the government requests that this motion be granted.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY
                          D.C. Bar Number: 498610


By:       _____
              DEBRA L. LONG-DOYLE
              D.C. Bar No. 362518
              Federal Major Crimes Section
              555 4th Street, N.W., 4th Floor
              Washington, D.C. 20530
              (202) 305-0634
              Debra.Long-Doyle@USDOJ.Gov