UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 06-231(RJL)** |
| | : | |
| **v.** | : | **VIOLATION: 18 U.S.C. § 2423(b)** |
| | : | (Travel with Intent to Engage |
| **TARUN MAKKAR,** | : | in Illicit Sexual Conduct) |
| | : | |
| Defendant. | : | |

## ORDER

_____This matter comes before the Court on the Government's Unoppopsed Motion for Leave to Late File its' Memorandum in aid of Sentencing, Time have Expired.  For the reasons stated therein and for good cause shown it is this _____ day of December, 2006

**ORDERED** that the government's motion is hereby granted.

_____
The Honorable Richard J. Leon
United States District Court Judge