**Tarun Makkar Memorandum in Aid of Sentencing**

# Attachment A

*Dr Satish Malhotra*
155 L Model Town ,
Sonepat.
( Haryana)

Telephones:
0130- 2240383( R)
9416013694( Mobile)
E mail:
satishsumedha@gmail.com

To

Honorable Richard .J. Leon

United States, District Judge.

Respected Sir,

I am the cousin brother of the accused Tarun Makkar in the case no.06-279-M-01, entitled **United State of America Vs Tarun Makkar.** The instant letter is a prayer for showing leniency and mercy to the delinquent. The briefly stated facts warranting a sympathetic consideration are as following:

He is the only bread earner for the unlucky and forlorn family. His father expired during his childhood and his mother had to bear innumerable hardships in bringing up the only hope of her life. Now there is no one to look after her particularly when she has been suffering from diabetese and cardiac ailment for an umpteen number of years now.

Besides he has one small daughter of 5 years and his wife is in no position to bring her up. In the event of his confinement the family is going to be completely shattered and irreparably ruined.

They say when mercy seasons justice judge is elevated to God like position. Mechanical rigours of criminal justice in the instant case are going to jeopardize the future of not just one generation but three generations and that too with just one stroke of your mighty pen.

Your worthy self is therefore beseeched , entreated , prayed to show commiseration and compassion for the poor dependants of the accused failing which they shall be condemned to lead a living death sine die.

Hope your just and worthy self heeds the call of mercy and mitigates the sentence of this unfortunate child in nurturing whom his mother has suffered silently ever since she was deserted in the prime of her youth.

Hope your worthy self responds to the unheard but powerful reverberations of the beseeching cry of his mother, his hapless baby and his wife. May you empathise with the lone voices gasping and collapsing for help and mercy!

Date: 21·10·2006

With regards

Dr. Satish Malhotra.

Hon'ble Richard J. Leon
District Judge
United States

Respected Sir,

I am C. Jayakumar, a colleague of Mr. Tarun Makkar who is undergoing a trial in your esteemed court.

I would like to make few submissions before you about Mr. Tarun.

1) I know Mr. Tarun for the last 6 years and he is extremely a very nice and warm person and has all the good qualities a human being need to possess.

2) To my knowledge and belief, there has never been an occasion where his character and conduct was in question.

3) He lost his father during his childhood and his mother brought him up under strenous and extreme hardship.

4) He is married and has a daughter of 5 years old. He is the only bread winner for his family.

5) Tarun's continued confinement may completely destrust his family socially, financially and mentally.

I think Tarun has already admitted his guilt before your good self and pleaded for some lenieney.

— P/2

Looking at the family condition and Tarun's impeccable antecedents, I humbly submit that your goodself may kindly show some leniency so that his family does not live in despair.

I am confident that your mercy and kindness bestowed upon him will give him a fresh lease of life.

I once again pray for your kindne



Yours truly,

Jayakumar

C. JAYAKUMAR
HOUSE NO. 1284, 1st FLO
SECTOR 17-C, GURGA
INDIA 122001
CELL: +91.98997002

FROM: R. C. DOBHAL
A-2190, I.D.P.L. TOWNSHIP
VIRBHADRA - 249202
DISTT. DEHRADUN
(UTTARANCHAL)
INDIA.

To
HON. Mr. Richard. J. Lion,
United States District Judges,
Washington
U.S.A.

Sir,
With due humble request I would like to draw a few lines before the HON. Judge with regard to the ensuing Court Case against TARUN MAKKAR S/o Late Mr. R.N. makkar, an Indian citizen.

Sir, I have had a long association of about 30 years with the parents of Tarun makkar. I know Tarun since his childhood. I always found him an honest innocent and hard-working person towards his studies and duties, very faithful and respectful to elders. His deeds are helpful to his colleagues and needy persons.

My family and myself are very sorry and astonished to hear for the act conducted by Tarun in U.S.A. for which he is being charged.

We pray for a minimum possible imprisonment before your Hon. Court. A few lines are appended here below for your kind consideration and perusal please.

(i) that TARUN MAKKAR is a only son of his parents. His father Mr. R.N. expired in 1994, while he was pursuing his graduation.

(ii) that his mother is a chronic diabetic and paralysis patient, she is fully depend on Tarun.

(iii) that TARUN is a married person. His wife is un-employed young lady. They have a 5-6 years old daughter.

(iv) that TARUN is a single earning male person of his family.

(v) that Tarun's mother and wife are fully depend upon him, they have no other source of income.

(vi) that this is the first offence committed by him and do hope will be last.

In view of the aforesaid family status, most humbly I crave your honour that a lient judgement of your Hon' Court may save the lives of his family members consisting an old ailing mother, un-employed wife and a child daughter.

I hope that you will be gracious enough to consider my request on compassionate humanitarian grounds please.

Thanking you,

Your Honour's most Obediently

( R.C. DOBHAL )

Dated: 30.10.2006

INDIA.

To,

Honorable Richard. J Leon
United States, District Judge.

Sir,

I am Anuj Khanduja colleague and friend of
Tarun Makkar. I have been working with
Tarun since last one year and found him
very hard working, dedicated and above all
a very honest and truthful person.
As per my knowledge and interaction with Tarun,
I have never observed any objectionable
behavior in his conduct and the incident for
which he has pleaded guilty is definitely
a very unfortunate event.

I would request mercy for my friend, taking
into account his excellent past record of
his personal and professional career. I am
sure the time spent by him while under arrest
would have made him realize his mistake.

Yours Sincerely,

Anuj Khanduja

(ANUJ KHANDUJA)
PLOT-31, ELECTRONIC CITY



4421

ANUJ
KHANDUJA

Issuing Authority

REGULAR

A ARICENT™

To:

Honorable Richard. J. Leon

United States. District Judge

Sir, Myself Vinish Nigam, a colleague & family.
friend of Tarun Makkar. I have been working
with Tarun Makkar since last three & half
years. I found Tarun Makkar a honest,
truthful, hardworking & over & above a
very nice human being.

As per my best of knowledge, I have never
observed any objectionable behavior in his
conduct.

This incident for which he has pleaded guilty
is definitely a very unfortunate incident for his
life time. I am sure the time he has spent
under arrest would have made him realize his
mistake.

I would request mercy for my friend from you,
as he is the only earning member in his family,
which includes his wife and ...

So, this is my humble request to you, please grant mercy to Tarun Makkar.

from:

Vinish Nigam

Address: Aricent Communicati
Software.

Plot 31, Electronic city
Sector - 18
Gurgaon. Haryana
India.
Mobile # 9811554580



VINISH
NIGAM

REGULAR

ARICENT™

Issuing Authority

3713

To the Honorable Richard J. Leon
United States District Judge

Respected Sir,

10 Nov - 2006

My name is Rachna Makkar and I am wife of Tarun Makkar who was arrested on June 14, 2006 under case no.— 06-279-M-01.

Sir, He has been in jail for the last five months now. He takes responsibilities for the coming crime. He does not understand that it all happened for the crime it was wrong but he could not stop. He is now crying to loose his job, his family and his self content. He keeps feed for forgiveness every second in jail.

Sir, Sir, back in India, I am suffering my small daughter and Tarun's mother are suffering. I fell into a deep depression. All three of us are dependent on Tarun. I am a simple house wife and Tarun is the only earning member. His elder has stopped paying his salary along with my daughter and mother-in-law. Now we live on few-thousand rupees given by my father and brothers for month which is not a lot when you are living with dependable like small daughter and sick mother-in-law.

My mother-in-law is seriously sick since that evil day, her health has detoriated to the point that she is unacceptable when confined to her easier state of health. I try hard to encourage her but her life has been totally shattered. Unfortunately ill and her life can you encourage some one who is stepdad playing with kids. She is crying for his daddy to come back. We have suffered unimaginable, hell for the last five months, causing us to live a life of poverty and deprivation.

Sir, Tarun has never been charged with a crime in —aw and moral man. He is a well educated, very religious life. He regularly attended Temple service and enjoys nothing more than helping others. His first priority in life is his daughter. His whole mission in life is to raise his daughter to be compassionate and well educated who can contribute to this world in future.

Sir, I fully agree that law must take its cause, but I beg for leniency for him. ONLY YOU CAN HELP US. It is my sincere request to you to minimize his sentence as much as possible. Thanks.

Contd——>

Rachna Makkar

To

Hon'ble Richard. J. Leon
United States Dist Judge

Sir,

I am a Serving Sub Inspector in Delhi Police (India) institutionised under the home ministry of India I know Tarun Makkar from my childhood as we both are classfellows and students of Kendriya vidyalaya Rishikesh U.P India. Tarun Makkar is a very bright and talented student in class we both studied upto std XII and then Tarun Makkar doing his MCA course and I join Delhi Police as Sub Inspector. I know Tarun Makkar very well and he is a very nice and natured fellow. I never heard any indecent behaviour by him in what so ever conditions.

Tarun Makkar is the only bread carner of his family His mother wife and only daughter age 5 yrs solely depend on him for their livelihood His father expired during his school days His mother is a widow and he is the only son of her to take care of

I pray to your lordship to take lenient view and considered all above facts while deciding his fete. It is a humble request to your lordship.

Thanking you

Devendra
Sub Inspector

To,
Honourable Richard J. Leon
United States, District Judge

Respected Sir,

I have been friend of Tarun Makkar since school days. I have long association with him & his family. He is always associated as a reliable, responsible & hard working person whose moral character has always been a pride to his family and who ever he is associated with. He is also a responsible citizen who has never done harm in anyway to the society.

A few lines are highlighted below for your kind consideration & perusal :

(a) He is the only earning member of the family.
(b) He has one small daughter of 5 years.
(c) After the death of his father, he has to support a family of widow mother, wife & baby girl.
(d) He is the only surviving child from his parents. He has many financial liabilities to take care of, without which his family would suffer.

I request mercy for my friend who has realized his mistake after the arrest & also his social responsibilities towards his family.

Satyajeet Karkra
( SATYAJEET  KARKRA )

Sector 10, Plot-23,
Plot-23, Apna villa society
Dwarka, New-Delhi-1100.

MERCY APPEAL

Electronic City, Plot 31
Sector 18, Gurgaon 122015
Haryana, India

Rajeev Arora
Technical Leader

+91.124.2346666 Main
2119 Extn.
+91.124.2455101 Fax
+91.9313808048 Mobile

rajeev.arora@flextronicssoftware.com
www.flextronicssoftware.com

To: Honorable Richard. J. Leon
UNITED STATES, District Judge

Fm: Rajeev Arora
Address: Dx-48 KENDRIYA VIHAR    SECTOR 56    GURGAON

**FLEXTRONICS**
Software Systems

I was introduced to Tarun Makkar through my colleague at work in the year 2003. It took us a very short while to get acquainted notwithstanding that Tarun was in a different department of the company. We would often meet during the short breaks we could get while at work.

As I have known Tarun he would keep away from controversies and strive to provide the best to his family, his wife and a cute 5 year old daughter. Incidentally his daughter and my son go to the same school.

It is to my sheer disbelief that a person like Tarun was found guilty in such an incident which could be considered as a one off case.

I from the core of my heart request that he be given another chance to support his family, Tarun being the only male-earning member with no kith and kin.

Regards

Electronic City, Plot 31
Sector 18, Gurgaon 122015
Haryana, India

Ashish Chhabra
Project Manager

+91.124.2346666  Main
2317  Extn.
+91.124.2455100  Fax

ashish.chhabra@flextronicssoftware.com
www.flextronicssoftware.com

**FLEXTRONICS**
Software Systems

To
Honorable Richard. J. Leon
United States
District Judge

Sir,

I know Tarun Makkar since my first day in office at Hughes Software Systems i.e. 17-Jan-2000. It has been more than six years now and know Tarun very well personally and professionally.

Personally he has been a good friend, great sportsman and has a family oriented mindset. Professionally he has been doing a great job and has moved very well in the organization ladder.

It is very unfortunate that he got into an act, which is objectionable by society and is also against law. It is a mistake, which I am sure he will regret for his rest of his life.

As I know he has lot of responsibilities towards his family. He is the only earning member in his family and has a 6-year old daughter and an old mother to look after which happens to be a diabetic patient. He has already spent close to 6 months behind the bars and has realized his mistake. Looking at all these factors and his clear past records he should be granted mercy and should be released.

Regards,
Ashish Chhabra
Project Manager
Plot 31, Electronic City
Sec 18, Gurgaon - 122015
Haryana - India

11th Nov 2006

Manager of IP, Jasbir Singh
Sector 18, Gurgaon
Haryana, India                              Technical Leader

+91.124.2346666  Main        jasbir.singh@flextronicssoftware.com
          1751  Extn.        www.flextronicssoftware.com
+91.124.2455100  Fax
+91.9873242450  Mobile

**FLEXTRONICS**
Software Systems

To,
Honorable Richard. J. Leon                     Date : 8-Nov-2006
United States, District Judge

Sir,

I still cannot belive that this has happend to my friend Tarun Makkar, an Indian citizen whom i know since child hood. We did our Graduation & Post Graduation together & during all these times i found him a wonderful friend, a great sportsmen, understands his responsibilities toward society & family & more & more than this he is an obedient son. Throughout his student life he was a top class student. His father Mr. R. N. Makkar expired when he so just started this Graduation. He & his mother struggled a lot to finish studies due to this tragedy. In his family he has widow mother who is a diabetic patient, wife & a 6 years daughter. He is the only earner resource in his family & all member of his family is dependent on him finacially & socially.

As per my knowledge this is the first misstep he has taken in his life & i am sure this will be the last one also.

Please show mercy towards Tarun & his family who are in really bad shape whom i visited recently.

Regards,
( high )
JASBIR SINGH
+91 - 9873242450

Add: DL-2, Flat No-2, 2nd Floor, L- Block
Mari Nagar, Ikil Road, New Delhi India

9th Oct, 2006

To

Honorable Richard. J. Leon
United States, District Judge.

Respected Sir,

With due Respect, I want to state the Tarun Makkar is very well known to me, as an Colleague, as a great Sports person, as a great and humble person, a highly family oriented person and a great friend. Unfortunately he was tempted into something which is unacceptable and totally uncalled for.

I also know that he is the only male member of his family and also the only single earning hand for his family. His family consists of his widow mother, his wife and a small lovely innocent daughter, who are all dying every moment and praying for his freedom. I've full respect for the ~~blood~~ law of land, I Request your august self to Relook into this case and give another chance to Tarun to start his life afresh and make amends. This would be one of the noblest causes to ~~spad~~ save so many lives who are dependant on him.

Thanks & Regards.

P. K. Pandita

To,
Honorable Richard J. Lean
United States, District Judge

From,
Pyush Maheshwari
1323, Sector 17-c
GURGAON-122 0

Pyush Maheshwari
Project Manager

Electronic City, Plot 31
Sector 18, Gurgaon 122015
Haryana, India

+9124.2346666  Main
2122  Extn.
+9124.2455100  Fax
+9198110 00125  Mobile

pyush.maheshwari@flextronicssoftware.com
www.flextronicssoftware.com

Tarun's arrest came as a shock to me. He had been doing quite well in his professional life.

I know Tarun Makkan for past 3 years now in our present company called 'Aricent' (formerly known as Hughes Software systems). He has been a very good cricket player & take keen interest in sports activities. He represented my present company 'Aricent' many times in inter-Cooperate tournaments also.

As where as I know, he is a good human being, colleague & a responsible person. His whole family is dependent on him as his is the only breadearner in his active family which has his wife, daughter & widow mother.

I understand that in past these few months which he has spent would have made him feel sorry which I can think he will always repent this objectionable incident.

I request mercy to him which should make him a better person.

Best Regards
Pyush
8·11·06

From: Rahul S.
20/272, D.M.5
Hari Naga
New Delhi-

To

Honorable Richard . J. Leon
United States , District Judge

Respected Sir ,

   I (Rahul Sharma) is a friend of Mr. Tarun Makkar from last Nine years. I did my M.B.A with him in 1995-97. This person according to me has very genuine & Truthful nature. He has been a very bright student, good family person & very good human resource professiona

   Tarun has to support a family of widow mother , wife & a baby girl. He is the only earning member to support his family. I request your goodself to take a kind decision considering the fact that your decision can make or break a family. Sir, I can assure your goodself that after this incident in life & the grilling days which he has seen will bring more kindness in his nature.

   Sir, please give a considerate decision so that after that he can lead a good life & he will always applaud your kind decision.
                                    With Regards.

(RAHUL SHARMA)
+91- 9811643483

SOMANY
www.somanytiles.com

SPL LIMITED
RAHUL SHARMA
Zonal Manager
Plot No. 31, Main G.T. Road,
Opp. Mohan Dharamkanta, Chandarpura,
Sahibabad, Ghaziabad (U.P)
Tele.: 0120-2697705 Mob.: 09811643483
Works : FAX : 0124-124 807, Haryana (India)
E-mail: sglpl@somonytiles.co.in
Tele. 0172-2410401 to 005
Fax : 0172-2410401/2410101
E-mail : mokkaling@somanytiles.com

To,

Honorable Richard J. Leon
United States, District Judge.

FROM:- VIKRAM NAII
15/31 WEST PATE
NAGAR
NEW DELHI -
INDIA.

Respected Sir,

I have been friend of Tarun Malikar since
post graduation college days. We both have spent
enough time together sufficient to understand
each other's objective and expectation from life.

As I see Tarun, he is truthful, committed and
responsible to perform his duties towards his family,
work and society.

This objectionable incident in which he has
pleaded guilty is for sure the one off bad patch
in his life till now. I am confident that the
few months of duration he has spent under
arrest has made him realize his mistake and
would keep distinguish between right and wrong
in future.

I request mercy for my friend who has learnt
a lesson in his life and has important social
responsibility of supporting his family, as he is
the only earning member in his family which
has his mother, wife and a daughter.

With Regards

(VIKRAM NAIR)
Cell. +91-9818908081

Electronic City, Plot 31
Sector 18, Gurgaon 122015
Haryana, India

+91124 2346666 Main
+91124 2455100 Fax
+91 9818908081 Mobile

FLEXTRONICS
Software Systems

Vikram Nair
Senior Technical Leader

vikram.nair@flextronicssoftware.com
www.flextronicssoftware.com

November 06, 2006

Honorable Richard J. Leon
United States District Judge

Respected Sir,

I am a neighbour of Tarun Makkar who an accused in the case No. 06-279-M-01, United States of America v/s Tarun Makkar. I personally know Tarun since last two years. Tarun and his wife Rachna are our family friends. They have a lovely daughter Ishita, who comes to our home to play with my son Kartik. Tarun's mother is a very respectable aunt to us. She is a very kind hearted person who is always ready to help others.

After all this unfortunate had happened with Tarun, both his mother and wife and daughter are in a very bad shape. They are passing through a very bad financial crisis. I have seen the family in happy times and now I can see them going through all kind of problems. The daughter has stopped smiling and ask all the time that when the daddy will come back. The family is facing a serious issue of survival.

I do not know that what went wrong with Tarun and what kind of judgement is going to come, but I can urge you to consider Tarun's family conditions before using your might pen. Tarun is the only earning member of in the family. As far as I know, Tarun bears a very good moral character. He is humble, polite and respectful in the society. Everyone here respect for him; People know him as a very kind hearted person.

Once again I request you to please consider his good character and family background before reaching to any conclusion.

Best Regards

SANJAY DUBE
C-6/25, First Floor,
DLF Exclusive Floors,

# KISHORE FOOD INDUSTRIES

**KFI**

Manufacturer of All kinds of Special Suji Rusk, Khas-Khas Rusk & Bakery Biscuits

❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋❋

NAVADA ROAD, SAHARANPUR - 247001 (U.P.)  ☎ (0132) 2701719 (F), 2729818 (R), Mob. 98370-94968 Fax : 2724143

Ref. No. ........................

Dated .. 5/11/2006

From,
Mr. K. K. Arora
Mr. K. L. Arora
Saharanpur (India)

To,
Honorable Richard J. Leon
United States, District Judge,

Respected Sir,

We too particular family from her mother's side, like to narrate you that when my sister (Tarun Makkar's mother) came to us after the incedent occured feeted at our door, we inquire what happend Then we came to know that Tarun is arrested at states. We all shocked, how the Tarun can do such act.

As Tarun was brought up in our family due to early's father's death. and his mother (our sister) make so many struggle to give him the best education in best institution. As Tarun is heavy & burden by the financial as well as social liablities.

Every time since the arrsting of Tarun at state, the tears flow in the eye of my sister and my daughter in law (Tarun's wife), So we all family members request you to please - please consider the act. done by him very symphatically and give him one and only one chance to come up in his ailing family. So that atleast he can give too bread and life to his ailing family. Please ignore the act and before taking any decision be kind like a 'GOD' to Tarun.

Our family will be heavily obliged,

yours

( K.K. Arora )                    ( K.L. Arora )