**Tarun Makkar Memorandum in Aid of Sentencing**
# Attachment C




**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney
for the District of Columbia

Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**  For Information, Contact Public Affairs
**Wednesday, September 20, 2006**  Channing Phillips (202) 514-6933

### Indian foreign national pleads guilty to traveling across interstate lines to have sex with a minor

**Washington, D.C.** - A 31-year-old computer engineer from India, Tarun Makkar, has pled guilty to traveling across interstate lines to have sex with a minor, announced U.S. Attorney Kenneth L. Wainstein today.

Makkar pled guilty yesterday in the U.S. District Court for the District of Columbia before the Honorable Richard J. Leon. His arrest was part of the efforts of the Northern Virginia and Washington D.C. Area Internet Crimes Against Children Task Force.

Makkar was here on a 90-day visa from Guergaon, India, to work on a contract with his employer, Indian-based Flexitron Software Company. On June 14, 2006, while on his computer in his hotel room in Gaithersburg, Maryland, Makkar entered a Yahoo Romance chat room and began chatting with a person whom he believed to be 13 years old. After chatting for a while, Makkar began to ask the 13-year-old questions about her sexual experiences and those of her little girlfriends. The chat continued with Makkar asking sexually explicit questions about the 13 year old's anatomy and discussing his own anatomy and sexual prowess.

During the course of the chat, which lasted over 2 hours, Makkar sent a picture of himself to the person he believed to be the 13-year-old. In exchange, a picture of a 12-year-old girl was sent to Makkar, purporting to be the person with whom he was chatting. Finally, the 31-year-old Makkar made arrangements to drive into the District of Columbia in his rental car in order to meet the 13-year-old and take her back to his hotel room in Gaithersburg, Maryland, to have sex with her. When he arrived at the pre-arranged location, instead of being met by a 13-year-old girl, he was met by detectives from the Metropolitan Police Department and was placed under arrest.

Inside of his car were directions to the location and back to his hotel. In a subsequent search of his hotel room in Gaithersburg, condoms were found and confiscated, as well as two laptop computers and a digital camera. Makkar soon learned that the person with whom he was chatting was not a 13-year-old girl, rather it was an MPD detective. The photograph that was sent to Makkar by the detective was actually a picture of a female police detective when she was 12 years old.

Sentencing is scheduled for March 15, 2007, before Judge Leon. The defendant remains incarcerated at the D.C. Jail pending his sentencing and will likely be deported once his sentence has been served. The crime of Traveling Across Interstate Lines to Have Sex with a Minor carries a maximum penalty of 30 years.

In announcing today's guilty plea, U.S. Attorney Wainstein stated, "the defendant's conduct in this case underscores the dangers to children that often lurk in cyberspace. Our participation in the Internet Crimes Against Children Task Force is an important effort to educate our youth and their parents about such dangers and to protect our greatest assets, our children."

U.S. Attorney Wainstein praised the efforts of the Task Force and particularly those of MPD Detectives Timothy Palchak and Miguel Miranda, who investigated the case and Assistant U.S. Attorney Debra Long-Doyle who prosecuted the case.