UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 06-231(RJL)** |
| | : | |
| v. | : | **VIOLATION: 18 U.S.C. § 2423(b)** |
| | : | (Travel with Intent to Engage |
| **TARUN MAKKAR,** | : | in Illicit Sexual Conduct) |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO CHANGE THE SENTENCING DATE

The United States of America, by and through its' counsel, the United States Attorney for the District of Columbia, respectfully requests that the Court change the sentencing date in this matter currently scheduled for December 12, 2006 at 10:30 a.m. As reasons therefor the government states the following:

Government counsel has been out of the office for the past month following surgery. Before leaving, counsel tried diligently to rearrange her schedule to accommodate her leave. However, in trying to do so, a conflict was inadvertently created between this matter and another matter scheduled for December 12th at 11:00 a.m. In order to avoid the possibility that this matter may not be finished prior to the time scheduled for the other matter, undersigned counsel requests that this matter be rescheduled.

Counsel for the defendant does not oppose this request. Moreover, both parties are available on the morning of December 11th, with the caveat that government counsel does have another matter at 11:30 a.m. Both parties are also available on Wednesday, December 12th at 11:00 a.m., with the caveat that defense counsel would prefer the December 11th date.

Wherefore, the government requests that this motion be granted.

            Respectfully submitted,

            JEFFREY A. TAYLOR
            UNITED STATES ATTORNEY
            D.C. Bar Number: 498610


By:   _____
     DEBRA L. LONG-DOYLE
     D.C. Bar No. 362518
     Federal Major Crimes Section
     555 4th Street, N.W., 4th Floor
     Washington, D.C. 20530
     (202) 305-0634
     Debra.Long-Doyle@USDOJ.Gov