IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:06-CR-231 |
| | ) | |
| v. | ) | Sentencing Date: December 18, 2006 |
| | ) | |
| **TARUN MAKKAR,** | ) | Honorable Richard J. Leon |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### UNOPPOSED MOTION TO RESET SENTENCING HEARING DATE

Defendant Tarun Makkar, by and through undersigned counsel, respectfully submits this motion to continue the sentencing hearing date in this matter. The Government does not oppose this request. Defendant Makkar requests that the sentencing hearing originally set for December 18, 2006 be reset to a date later that week. As grounds for the request, the Defendant states as follows:

Counsel for the Defendant has a trial set in the District of Columbia Superior Court on December 18, 2006 at 9:00 a.m., and the trial is not expected to last longer than half of one day. In order to avoid a conflict with the scheduled sentencing hearing set in this matter, undersigned counsel requests that Mr. Makkar's sentencing hearing be rescheduled.

Counsel has conferred with Assistant United States Attorney Debra Long-Doyle of the Government, and the Government does not oppose resetting the sentencing hearing for a date later in the week of December 18, 2006. Both parties are available after 11:30 a.m. on December 19th, all day on December 20th, and all day on December 21st.

2

WHEREFORE, for the foregoing reasons, Mr. Makkar respectfully requests that the court grant the relief requested and reschedule his sentencing hearing date.

                                                      Respectfully submitted,

                                                     **SCHERTLER & ONORATO, L.L.P.**

                                                     /s/
                                      Habib F. Ilahi (DC #496439)
                                      Danny C. Onorato (DC #480043)
                                      601 Pennsylvania Avenue, N.W.
                                      North Building, 9th Floor
                                      Washington, D.C.  20004
                                      Ph: (202) 628-4199
                                      Fax: (202) 628-4177

                                      *Counsel for Defendant Tarun Makkar*

Dated:  December 13, 2006

2