# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:06-CR-231 |
| ) | |
| v. ) | Sentencing Date:  December 18, 2006 |
| ) | |
| **TARUN MAKKAR,** ) | Honorable Richard J. Leon |
| ) | |
| **Defendant** ) | |

## ORDER RESETTING SENTENCING HEARING DATE

Upon consideration of Tarun Makkar's Unopposed Motion to Reset Sentencing Hearing Date, it is this _____ day of December, 2006, hereby

**ORDERED** that Defendant's Motion is **GRANTED,** and it is,

**FURTHER ORDERED** that the Clerk of the Court reset the sentencing hearing in the above-captioned case to a later date in December 2006 suitable to this court, and it is,

**SO ORDERED**.

_____
Richard J. Leon
United States District Judge