HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-231</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| MAKKAR, Tarun | : | Disclosure Date: <u>November 17, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                                    **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____ 11/30/06
**Defendant**       **Date**      **Defense Counsel**                    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 30, 2006</u>, to U.S. Probation Officer <u>Monica L. Johnson</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
     United States Probation Officer

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 06-231 |
| ) | |
| v. ) | Sentencing Date: December 12, 2006 |
| ) | |
| TARUN MAKKAR, ) | The Honorable Richard J. Leon |
| ) | |
| Defendant. ) | |

**POSITION OF THE DEFENDANT WITH RESPECT TO
SENTENCING FACTORS**

In accordance with Section 6A1.2 of the United States Sentencing Commission's Guidelines Manual (2006) and the policies of this Court regarding guidelines sentencing, the defendant, Defendant Tarun Makkar, by and through undersigned counsel, respectfully offers his position with respect to the advisory sentencing factors.

Having reviewed the Presentence Investigation Report ("PSR") by United States Probation Officer Monica Johnson, counsel objects to the following portions of the PSR:

1. Mr. Makkar objects to the Legal Address for Mr. Makkar on p. 2. The Legal Address should read "Haryana, India."

2. Mr. Makkar's Telephone # is 011-91-124-41-01-645.

3. Mr. Makkar objects to ¶ 25 on p. 6. Mr. Makkar was born in "Uttar Pradesh, India."

4. Mr. Makkar objects to ¶ 42 on p. 8. Mr. Makkar earned approximately $20,000 per year, not 20,000 Indian Rupees.

5. Mr. Makkar objects to ¶ 51 on p. 9 where the United States Probation Officer opposes the Government's and Mr. Makkar's agreement to a two point reduction

under United States v. Smith. Mr. Makkar will address the legal issues in his Sentencing Memorandum to be filed at a later date.

Date: November 30, 2006