CO-290
Notice of Appeal Criminal

Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs )   Criminal No. 06-CR-00231 (RJL)
)
TARUN MAKKAR )
)

**NOTICE OF APPEAL**

**FILED**

FEB 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant        United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 2423(b)

Concise statement of judgment or order, giving date, and any sentence

Sentence of 18 months' imprisonment, plus five years' supervised release, and an assessment of $100, imposed on December 21, 2006, and judgment entered on the docket on January 4, 2007.

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_February 1, 2007_          _United States_
DATE                         APPELLANT

                             _Roy W. McLeese III_
CJA, NO FEE _Gov't Appl_     ATTORNEY FOR APPELLANT
PAID USDC FEE _N/A_
PAID USCA FEE _N/A_
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

**ORIGINAL**

CO-290  
Notice of Appeal Criminal                                                                                    Rev. 3/88

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Tarun Makkar:

> Danny C. Onorato, Esq.
> Schertler & Onorato, LLP
> North Building, 9th Floor
> 601 Pennsylvania Avenue, NW
> Washington, DC 20004

_____
THOMAS J. TOURISH, JR.
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7088